IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL ERIC COLLIER,

    Plaintiff,               No. CIV S-11-0370 DAD P

    vs.

ARAMARK FOOD SERVICES,

    Defendants.             ORDER

_____/

        By order filed July 19, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was cautioned that failure to do so would result in dismissal of this action. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: September 1, 2011.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:9
coll0370.fta